

| | | |
|---|---|---|
| **Gretchen Craft/WAWD/09/USCOURTS** | To | Caroline Gonzalez/WAWD/09/USCOURTS@USCOURTS |
| | cc | |
| 03/30/2010 02:38 PM | bcc | |
| | Subject | Fw: help...we certified an appeal in ERROR   C10-5116 BHS |

Caroline, can you correct the docket?  I understand the issue, but I'm not quite sure about how to undo it.

Thanks,
GC

----- Forwarded by Gretchen Craft/WAWD/09/USCOURTS on 03/30/2010 02:37 PM -----



| | | |
|---|---|---|
| **Jean Boring/WAWD/09/USCOURTS** | To | Monteze Curry/WAWB/09/USCOURTS@USCOURTS |
| | cc | Gretchen Craft/WAWD/09/USCOURTS@USCOURTS |
| 03/30/2010 01:31 PM | Subject | Re: help...we certified an appeal in ERROR   C10-5116 BHS |

Monteze,  Gretchen Craft, CRD to Judge Settle is taking a look and will decide how to proceed.

Thanks for the head's up on this.   Jean
--------------------------------------------------------------------------------------------
Monteze Curry/WAWB/09/USCOURTS



| | | |
|---|---|---|
| **Monteze Curry/WAWB/09/USCOURTS** | To | Jean Boring/WAWD/09/USCOURTS@USCOURTS |
| | cc | |
| 03/30/2010 12:15 PM | Subject | help...we certified an appeal in ERROR |

Hi there Jean,

We certified an appeal in error on  A09-04123.  Allan Kanouff et al vs Robert Hayes.  The transcript ddl has not run out and Mr. Hayes has ordered a transcript.  We just goofed up.

Do we need to docket a corrective notice in the USDC case & notify parties?

I don't want you guys to end up with two ECF cases.  I am so sorry.

Monteze